UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:23-MJ-177 |
| vs. | ) | |
| CLINTON CROSS PEREGOY CARR, | ) | |
| Defendant. | ) | |

## ORDER

A preliminary hearing will be held in this matter on **September 14, 2023, at 9:30 a.m.** before the undersigned.[1] If an indictment is brought against Defendant prior to that date, the preliminary hearing will be converted into an initial appearance. Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

---

[1] The Court notes that September 14, 2023 is more than 14 days after the criminal complaint was filed in this matter. At a detention hearing on August 31, 2023, Defendant's counsel specifically advised that Defendant wished to waive his right to request a preliminary hearing within the 14 day timeframe.